BOLESLAW FALKOWSKI, Individually and as Administrator, etc., of ROSE FALKOWSKI, Deceased, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Judgment of Special Term reversed on the law and facts and judgment of City Court of Buffalo affirmed, with costs in this court and in the Special Term. Memorandum: The decision of the trial court is supported by a preponderance of the evidence and is in line with our holding in *Hurley* v. *John Hancock Life Ins. Co.* (247 App. Div. 547) and *Bonacci* v. *Prudential Ins. Co.* (Id. 617). All concur, except Sears, P. J., and Cunningham, J., who dissent and vote for affirmance on the authority of *Bible* v. *John Hancock Life Ins. Co.* (256 N. Y. 458). (The judgment is for plaintiff, reversing a judgment of the Buffalo City Court, in an action under a life insurance policy.) Present — Sears, P. J., Lewis, Cunningham, Taylor and Dowling, JJ.

LOUIS HANSEN, Respondent, Appellant, v. ADAMS GREASE GUN CORPORATION and JOHN TRAGESER STEAM COPPER WORKS, Appellants, Respondents.— Judgments affirmed, with costs to plaintiff, respondent, and without costs upon the appeals from the judgments dismissing the cross-claim of each defendant against the other. Appeal by plaintiff dismissed, without costs. All concur, except Dowling, J., who dissents from so much of the order as affirms the judgment against the Adams Grease Gun Corporation, and as to that defendant votes for reversal and dismissal of the complaint. (The first judgment is for plaintiff; the other two judgments dismiss cross-claims of defendants in an action for personal injuries resulting from the explosion of a grease gun.) Present — Sears, P. J., Lewis, Cunningham, Taylor and Dowling, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MALCOLM LEIGH HICKS, Appellant.— Judgment of conviction affirmed. All concur. (The judgment convicts defendant of the crime of operating a motor vehicle while intoxicated, after having been convicted previously of the same offense.) Present — Sears, P. J., Lewis, Cunningham, Taylor and Dowling, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS DELMONTI, Appellant.— Judgment of conviction affirmed. All concur. (The judgment convicts defendant of the crime of rape, second degree.) Present — Sears, P. J., Lewis, Cunningham, Taylor and Dowling, JJ.

In the Matter of the Judicial Settlement of the Account of IDA GOLDBERG, as Executrix, etc., of NATHAN GOLDBERG, Deceased.— Decree modified by adding thereto a provision that the executrix shall not be finally discharged until she has accounted for the proceeds of the sale of the real estate and as thus modified affirmed, with costs. All concur. (The decree confirms the report of a referee and overrules the exceptions of the State, and directs the expenses and fees of the reference be taxed against the claimant, on a claim against an estate for workmen's compensation payments.) Present — Sears, P. J., Lewis, Cunningham, Taylor and Dowling, JJ.